## INDEX OF EXHIBITS

**EXHIBIT A**      Acknowledgment of Service of Complaint

**EXHIBIT B**      Class Action Complaint

**EXHIBIT C**      Copies of Pleadings received by Removing Defendants

**EXHIBIT D**      November 3, 2015 USEPA Memorandum

**EXHIBIT E**      MDEQ-USEPA Funding Documents

**EXHIBIT F**      MDEQ SDWA Primacy Documents

**EXHIBIT G**      USEPA Emergency Administrative Order

**EXHIBIT H**      Notice of Filing of Notice of Removal